O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8349 AHM (AJWx) | Date | December 21, 2009 |
|---|---|---|---|
| Title | STEPHEN COLQUETTE v. CITY OF HAWTHORNE, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

    In light of Plaintiff having filed a First Amended Complaint, the Court DENIES AS MOOT Defendants' Motion to Dismiss.[1]

                                                                                                         :
                                                      Initials of Preparer              SMO

---

[1] Docket No. 4.