**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| STEPHEN COLQUETTE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HAWTHORNE, a municipality; HAWTHORNE POLICE DEPARTMENT; MICHAEL HEFFNER, individually; and DOES 1 THROUGH 10 inclusive,<br><br>Defendants. | Case No.: CV 09-08349 JST (AJWx)<br>*Honorable Josephine Stanton Tucker*<br>**~~[PROPOSED]~~ ORDER RE STIPULATION OF DISMISSAL**<br><br>[FRCP Rule 41(a)(1)(A)(ii)] |

The Court has reviewed the parties fully executed Stipulation for Dismissal. Based upon a review of the record and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety *with prejudice*. Each Party shall bear their own attorneys' fees and costs, except as provided in the agreement. IT IS SO ORDERED.

Dated: April 1, 2011

JOSEPHINE STATON TUCKER
Hon. Josephine Stanton Tucker
District Court Judge

LACKIE, DAMMEIER & MCGILL
A PROFESSIONAL CORPORATION